

# NUMBER 13-18-00472-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GEORGE GARCIA, ET AL.,**                     **Appellants,**

**v.**

**GREGORY K. PROPST, INDIVIDUALLY
AND DERIVATIVELY ON BEHALF OF
RIOSTAR SOLUTIONS, INC.,**                 **Appellee.**

---

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Perkes

Appellants George Garcia, J Brokerage Corp., Daniel Diaz, Frank Diaz, Tim
O'Bannon, S. Katzman Produce, Inc., Katzman Berry Corp., Top Katz Brokers, LLC,
Stephen Katzman, Joseph Palumbo, Mario Andreani, Patterson Companies, Inc., Sweet

Life Logistics, Inc., and Sweet Life Transportation, Inc., perfected their interlocutory appeal from an order denying their special appearances. Appellants have filed an unopposed motion to dismiss this appeal pursuant to a settlement agreement.

The Court, having considered the documents on file and the unopposed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). The motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES
Justice

Delivered and filed the
6th day of February, 2020.